UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INVESTIGATE MIDWEST,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE,<br><br>     Defendant. | Civil Action No. 26-1526 (CJN) |

**JOINT STATUS REPORT**

Defendant United States Department of Agriculture and Plaintiff Investigate Midwest, by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.    Background: This case involves a FOIA request that Plaintiff submitted to Defendant on February 26, 2025, seeking email correspondence from February 13, 2025, to February 20, 2025, involving Agriculture Secretary Brooke Rollins mentioning certain keywords. *See* Compl. ¶ 17.  Plaintiff filed suit on May 4, 2026. *See id*.  Defendant answered on June 19, 2026. *See* ECF No. 5.

2.    Status of Plaintiff's FOIA requests, anticipated number of responsive documents, and anticipated date(s) for release: On May 7, 2026, Defendant issued a final response to Plaintiff's FOIA request, consisting of 9 pages of emails with redactions.  On July 7, 2026, Plaintiff asked Defendant if it would be willing to turn over the contents of a two-page email, the body of which was withheld in full.  After re-reviewing the contents of the email in question, Defendant now reports that has released a portion of the email while continuing to withhold other select portions

pursuant to FOIA Exemption 5 (more specifically, the deliberative process privilege and the attorney-client privilege).  Plaintiff requires additional time to consider the supplemental response.

3.      *Open America* Stay: At present, Defendant does not anticipate seeking an *Open America* stay in this matter.

4.      *Vaughn* Index and Dispositive Motions: The parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time.

5.      Once Defendant completes its response to Plaintiff's FOIA requests, the parties will confer and attempt to narrow or resolve any substantive issues of disagreement.

6.      Proposed Next Steps: Considering the above, the parties propose filing another joint status report in approximately 60 days, on or before September 18, 2026.

Dated: July 20, 2026
        Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Ginger P. McCall*
Ginger McCall (DC Bar # 1001104)
ginger@freeinformationgroup.com

Kevin H. Bell (DC Bar # 90015600)
kevin@freeinformationgroup.com

FREE INFORMATION GROUP, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642

*Counsel for Plaintiff*

By:     /s/ *Benjamin H. Zieman*
        Benjamin H. Zieman
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C. 20530
        202-252-2540
        benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

2